UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

| | |
|---|---|
| MARLIN RICE,<br><br>*Plaintiff,*<br><br>v.<br><br>BITUMINOUS CASUALTY CORP.,<br><br>*Defendant.* | No. 6:21-CV-00173-REW-HAI |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME**

This matter has come before the Court upon the Motion of the Defendant, Bituminous Casualty Corp., for an Order allowing an extension until **June 21, 2022** to file its Response to Plaintiff's Motion for Summary Judgment in this claim. Being fully advised, it is now ORDERED that the Motion (D.E. 20) is GRANTED.

This the 20th day of May, 2022.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge