UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| MARLIN RICE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:21-CV-173-REW-HAI |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| BITUMINOUS CASUALTY CORP., | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Both parties have moved for summary judgment. D.E. 19, 22. On July 5, Plaintiff moved for an extension of time to file his reply and response. D.E. 24. He states he "intends on filing a combined pleading but needs additional time because when the Defendant filed its motion, undersigned counsel was away on vacation and unfortunately caught COVID." *Id*. He notes that Defendant has no objection, he wishes to file a combined pleading, and Defendant previously obtained an extension of time to respond to Plaintiff's motion. *Id*.

**IT IS HEREBY ORDERED THAT** the motion (D.E. 24) is **GRANTED**. Plaintiff **SHALL** file his reply in support of his motion for summary judgment and his response to Defendant's summary-judgment motion on or before **Tuesday, August 2, 2022**.

This the 5th day of July, 2022.



Signed By:
*Hanly A. Ingram*
United States Magistrate Judge